**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7008**
_____

TRAVIS J. MARRON, a/k/a Abdul Mu'Min,

                    Plaintiff – Appellant,

          v.

GUARD, SGT., MILLER; GUARD FLAVIN,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Chief District Judge.  (7:13-cv-00338-GEC-RSB)

_____

Submitted:  November 20, 2014        Decided:  December 10, 2014

_____

Before GREGORY, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Travis J. Marron, Appellant Pro Se.  Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis J. Marron appeals the district court's order denying relief on this action arising under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marron v. Miller, No. 7:13-cv-00338-GEC-RSB (W.D. Va. June 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2